STATE v. EVANS

No. 46P96

Case below: 121 N.C.App. 752

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.

STATE v. GARNER

No. 72P96

Case below: 121 N.C.App. 398

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

STATE v. HARRIS

No. 119P96

Case below: 121 N.C.App. 627

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

STATE v. HAWKINS

No. 65P96

Case below: 121 N.C.App. 398

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

STATE v. PHELPS

No. 152P96

Case below: 121 N.C.App. 398

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.